JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANIELLE FRANSSEN, an individual, on behalf of herself and on behalf of the State of California Labor and Workforce Development Agency as a Private Attorney General,<br><br>Plaintiff,<br><br>vs.<br><br>INFORMATIVE DESIGN, INC., D.B.A. THEHUCKGROUP, A CALIFORNIA CORPORATION; JULIET HUCK, AN INDIVIDUAL; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 09-5553 VBF (AJWx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF LAWSUIT PURSUANT TO STIPULATION OF THE PARTIES**<br><br>Complaint filed:   July 29, 2009 |

## ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a). The parties are to bear their own costs and attorney' fees.

Dated: _April 6, 2010    _____ /s/ Valerie Baker Fairbank _____

_____
HONORABLE VALERIE BAKER FAIRBANK
**United States District Judge**

395700.1

BALLARD ROSENBERG GOLPER & SAVITT LLP
500 NORTH BRAND BOULEVARD, TWENTIETH FLOOR
GLENDALE, CA 91203-9946